IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Brandy Nicole Bartlett,

Bankruptcy No. 19-24461-TPA

Debtor,

Brandy Nicole Bartlett,

Chapter 13

Movant,

Related to Document No.

No Respondent

Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the April 6, 2020 Order of Court and the Amended Chapter 13 Plan by prepaid first-class US mail on April 7, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA   15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA   15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated:  04/07/2020

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA   15301
PA ID#  50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          Educational Credit Management Corporation    PRA Receivables Management, LLC
0315-2                                   PO Box 16408                                 PO Box 41021
Case 19-24461-TPA                        St. Paul, MN 55116-0408                      Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Apr  6 11:57:54 EDT 2020

2                                        Aes/pheaa                                    Bureaus Investment Group Portfolio No 15 LLC
U.S. Bankruptcy Court                    Attn: Bankruptcy                             c/o PRA Receivables Management, LLC
5414 U.S. Steel Tower                    Po Box 2461                                  PO Box 41021
600 Grant Street                         Harrisburg, PA 17105-2461                    Norfolk VA 23541-1021
Pittsburgh, PA 15219-2703

CBCS                                     CBCS / Childrens Hosp UPMC                   CBCS / Mon Valley Hosp.
P.O. Box 2724                            P.O. Box 2724                                P.O. Box 2724
Columbus, OH 43216-2724                  Columbus, OH 43216-2724                      Columbus, OH 43216-2724


Capital One                              Capital One Bank                             Capital One Bank (USA), N.A.
Attn: Bankruptcy                         c/o Hayt Hayt & Landau                       by American InfoSource as agent
Po Box 30285                             2 Industrial way West                        PO Box 71083
Salt Lake City, UT 84130-0285            P.O. Box 500                                 Charlotte, NC  28272-1083
                                         Eatontown, NJ 07724-0500

Carrington Mortgage Services             Carrington Mortgage Services, LLC            Childrens Community Pediatrics
Attn: Bankruptcy                         1600 South Douglass Road                     112729 Perry Hwy.
Po Box 3730                              Anaheim, CA 92806-5951                       Wexford, PA 15090
Anaheim, CA 92803-3730


Comenity Bank/Bon Ton                    Credit One Bank                              Directv, LLC
Attn: Bankruptcy                         Attn: Bankruptcy Department                  by American InfoSource as agent
Po Box 182125                            Po Box 98873                                 PO Box 5008
Columbus, OH 43218-2125                  Las Vegas, NV 89193-8873                     Carol Stream, IL  60197-5008


Discover Bank                            Discover Bank                                (p)DISCOVER FINANCIAL SERVICES LLC
Discover Products Inc                    co Weltman Weinberg & Reis                   PO BOX 3025
PO Box 3025                              436 7th Ave., Suite 2500                     NEW ALBANY OH 43054-3025
New Albany, OH  43054-3025               Pittsburgh, PA 15219-1842


Dr. Jonathan Krizner                     Educational Credit Management Corporation    Fayette Federal Employees Credit Union
600 Cherry Tree Lane                     P.O. Box 16408                               364 Morgantown Street
Uniontown, PA 15401-8947                 St. Paul, MN 551160408                       Uniontown, PA 15401-4841


Imaging Assoc. Greater PGH               (p)JEFFERSON CAPITAL SYSTEMS LLC             LVNV Funding, LLC
P.O. Box 90218                           PO BOX 7999                                  Resurgent Capital Services
Pittsburgh, PA 15224-0718                SAINT CLOUD MN 56302-7999                    PO Box 10587
                                                                                      Greenville, SC 29603-0587


Midland Credit Management, Inc.          Monongahela Valley Hosp.                     ONEMAIN
PO Box 2037                              1163 Country Club Road                       PO BOX 3251
Warren, MI 48090-2037                    Monongahela, PA 15063-1095                   EVANSVILLE, IN. 47731-3251
```

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | PHEAA FRN<br>c/o PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| Portfolio Recovery / Synchrony / Care Cr<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/Levin Furniture<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank<br>c/o Patenaude & Felix<br>501 Corporate Drive, Suite 205<br>Canonsburg, PA 15317-8584 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | The Bureaus Inc / Cao One Bank<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | Brandy Nicole Bartlett<br>420 Pearl Street<br>Brownsville, PA 15417-2139 |
| David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carrington Mortgage Services LLC

End of Label Matrix

Mailable recipients   50
Bypassed recipients    1
Total                 51