IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Brandy Nicole Bartlett
*Debtor(s)*

: Case No: 19−24461

: Chapter: 13

## NOTICE OF PROOF OF CLAIM FILED BY DEBTOR/TRUSTEE

The DEBTOR has filed a Proof of Claim on behalf of the following creditor:

| NAME | CLAIM NO. | AMOUNT |
|---|---|---|
| USDOE/GLELSI | 19 | $23,010.00 |

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

05/14/2020                    By: /s/ ADI User

cc:    Creditor
       Debtor's Attorney
       Trustee
       Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24461-TPA
Brandy Nicole Bartlett                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin              Page 1 of 1         Date Rcvd: May 14, 2020
                        Form ID: pdfadint        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db             +Brandy Nicole Bartlett,    420 Pearl Street,    Brownsville, PA 15417-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net,
       lowdenscott@gmail.com
      James Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Brandy Nicole Bartlett niclowlgl@comcast.net
                                                                                                                                 TOTAL: 5