FORM JCM 13-9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
 Brandy Nicole Bartlett                       :     Case No. 19-24461 JCM
       *Debtor.*                              :
 Scott R. Lowden, Esquire.                    :     Chapter 13
       *Applicant,*                           :
       v.                                     :     Related to Doc. No. 48
 No Respondent.                               :

## ORDER

**AND NOW**, this **21st** day of **November, 2023,** it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Final Application for Compensation* is **GRANTED** in the amount of $6,022.50 in fees and $112.71 in costs for services performed by Counsel for the Debtor for the period of November 4, 2019 through the end of the case.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $6,022.50 in fees and $112.71 in costs.

3. A total of $2,135.21 in compensation remains due, which Counsel will seek to be paid through the Chapter 13 Plan.

4. The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the plan are achieved but before a Debtor refund is issued, the Trustee shall make payment to the Movant, otherwise, Debtor(s) must amend(s) the Plan within 14 days from the date of this Order.

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
11/21/23 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24461-JCM |
| Brandy Nicole Bartlett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 23, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com |

TOTAL: 5