Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brandy Nicole Bartlett** | : | Case No. 19−24461−JCM |
| **fka Brandy Nicole Spence** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 61 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/21/25 at 02:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 26th of November, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 61 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before January 10, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **January 21, 2025 at 02:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24461-JCM

Brandy Nicole Bartlett  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Nov 26, 2024     Form ID: 300a     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |
| 15158120 | + | CBCS / Childrens Hosp UPMC, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158121 | + | CBCS / Mon Valley Hosp., P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158122 | | Childrens Community Pediatrics, 112729 Perry Hwy., Wexford, PA 15090 |
| 15158127 | + | Dr. Jonathan Krizner, 600 Cherry Tree Lane, Uniontown, PA 15401-8947 |
| 15158128 | + | Fayette Federal Employees Credit Union, 364 Morgantown Street, Uniontown, PA 15401-4841 |
| 15158129 | + | Imaging Assoc. Greater PGH, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 15158130 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15158132 | + | Portfolio Recovery / Synchrony / Care Cr, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502-4952 |
| 15158138 | + | TD Bank, c/o Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| 15158139 | + | The Bureaus Inc / Cao One Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 27 2024 00:18:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:16:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:34:15 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15158115 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15187283 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 27 2024 00:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15158118 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2024 00:16:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 15188635 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2024 00:16:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15158119 | ^ | MEBN | Nov 27 2024 00:06:14 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158116 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158117 | ^ | MEBN | Nov 27 2024 00:12:49 | Capital One Bank, c/o Hayt Hayt & Landau, 2 Industrial way West, P.O. Box 500, Eatontown, NJ |

Case 19-24461-JCM   Doc 69   Filed 11/28/24   Entered 11/29/24 00:36:12   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300a | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 07724-0500 |
| 15162853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15158124 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 00:33:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158126 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15176447 | | Email/Text: G06041@att.com | Nov 27 2024 00:20:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15158125 | + | Email/Text: pitbk@weltman.com | Nov 27 2024 00:18:00 | Discover Bank, co Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15161760 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223554 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15185527 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15656946 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:16:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15180493 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:33:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184397 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 00:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15165040 | | Email/PDF: cbp@omf.com | Nov 27 2024 00:16:35 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15158131 | + | Email/PDF: cbp@omf.com | Nov 27 2024 00:45:28 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15172714 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15175000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:16:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:38 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:43 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15158747 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:34:08 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15158135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15189222 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15158137 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15184727 | | Email/Text: BNCnotices@dcmservices.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300a | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16464090 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 15241295 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | USDOE/GLELSI, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 15158140 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15185599 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com |

TOTAL: 5