**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRANDY NICOLE BARTLETT | Case No.:19-24461 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2019 and confirmed on 12/20/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,490.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,490.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,135.21 | |
|   Trustee Fee | 5,341.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,477.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 53,227.54 | 0.00 | 53,227.54 |
|     Acct: 7277 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 849.41 | 849.41 | 0.00 | 849.41 |
|     Acct: 7277 | | | | |
|   FAYETTE FEDERAL EMPLOYEES FCU | 22,411.44 | 22,411.44 | 2,732.68 | 25,144.12 |
|     Acct: 28L3 | | | | |
| | | | | 79,221.07 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRANDY NICOLE BARTLETT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,135.21 | 2,135.21 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-23 | | | | |
| | | ***N O N E *** | | |
| **Unsecured** | | | | |
|   ECMC(*) | 21,545.66 | 3,589.06 | 0.00 | 3,589.06 |
|     Acct: 4694 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,660.28 | 609.72 | 0.00 | 609.72 |
|     Acct: 4707 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 372.44 | 62.04 | 0.00 | 62.04 |
|     Acct: 4694 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3058 | | | | |
|   CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9387 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8190 | | | | |
| | LVNV FUNDING LLC | 539.16 | 89.81 | 0.00 | 89.81 |
| | Acct: 9221 | | | | |
| | DISCOVER BANK(*) | 1,930.86 | 321.64 | 0.00 | 321.64 |
| | Acct: 3246 | | | | |
| | DR JONATHAN KRIZNER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FAYETTE FEDERAL EMPLOYEES FCU | 9,496.34 | 1,581.89 | 0.00 | 1,581.89 |
| | Acct: 28L1 | | | | |
| | IMAGING ASSOC OF GREATER PGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9979 | | | | |
| | MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9987 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC - A/S/F | 6,422.96 | 1,069.93 | 0.00 | 1,069.93 |
| | Acct: 0082 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,451.69 | 574.98 | 0.00 | 574.98 |
| | Acct: 0497 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 4,142.84 | 690.11 | 0.00 | 690.11 |
| | Acct: 9908 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,983.35 | 830.12 | 0.00 | 830.12 |
| | Acct: 8730 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,659.46 | 276.43 | 0.00 | 276.43 |
| | Acct: 9546 | | | | |
| | LVNV FUNDING LLC | 2,843.38 | 473.64 | 0.00 | 473.64 |
| | Acct: 5913 | | | | |
| | TD BANK USA NA** | 2,910.51 | 484.83 | 0.00 | 484.83 |
| | Acct: 2407 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 420.52 | 70.05 | 0.00 | 70.05 |
| | Acct: 3856 | | | | |
| | UNITED STATES DEPARTMENT OF EDUCA | 23,010.00 | 3,832.98 | 0.00 | 3,832.98 |
| | Acct: 8581 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 547.27 | 91.17 | 0.00 | 91.17 |
| | Acct: 4541 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 860.61 | 143.36 | 0.00 | 143.36 |
| | Acct: 3543 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9546 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RANDALL S MILLER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,791.76 |

TOTAL PAID TO CREDITORS                                                                94,012.83

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 23,260.85 |
| UNSECURED | 88,797.33 |

Date: 11/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRANDY NICOLE BARTLETT

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:19-24461

Chapter 13

Document No.:

ORDER OF COURT

 AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 19-24461-JCM

Brandy Nicole Bartlett                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Nov 26, 2024　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |
| 15158120 | + | CBCS / Childrens Hosp UPMC, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158121 | + | CBCS / Mon Valley Hosp., P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158122 | | Childrens Community Pediatrics, 112729 Perry Hwy., Wexford, PA 15090 |
| 15158127 | + | Dr. Jonathan Krizner, 600 Cherry Tree Lane, Uniontown, PA 15401-8947 |
| 15158128 | + | Fayette Federal Employees Credit Union, 364 Morgantown Street, Uniontown, PA 15401-4841 |
| 15158129 | + | Imaging Assoc. Greater PGH, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 15158130 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15158132 | + | Portfolio Recovery / Synchrony / Care Cr, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502-4952 |
| 15158138 | + | TD Bank, c/o Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| 15158139 | + | The Bureaus Inc / Cao One Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 27 2024 00:18:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 01:33:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:15:44 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15158115 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15187283 | | Email/Text: bnc-thebureaus@quantum3group.com | Nov 27 2024 00:18:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15158118 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2024 00:16:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 15188635 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2024 00:16:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15158119 | ^ | MEBN | Nov 27 2024 00:06:18 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158116 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:33:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158117 | ^ | MEBN | Nov 27 2024 00:12:50 | Capital One Bank, c/o Hayt Hayt & Landau, 2 Industrial way West, P.O. Box 500, Eatontown, NJ |

Case 19-24461-JCM  Doc 70  Filed 11/28/24  Entered 11/29/24 00:36:12  Desc Imaged
Certificate of Notice  Page 7 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15162853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15158124 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 00:33:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158126 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15176447 | | Email/Text: G06041@att.com | Nov 27 2024 00:20:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15158125 | + | Email/Text: pitbk@weltman.com | Nov 27 2024 00:18:00 | Discover Bank, co Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15161760 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223554 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15185527 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15656946 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:33:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15180493 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:16:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184397 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 00:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15165040 | | Email/PDF: cbp@omf.com | Nov 27 2024 00:34:46 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15158131 | + | Email/PDF: cbp@omf.com | Nov 27 2024 00:16:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15172714 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15175000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:34:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:20 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158133 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:13 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15158747 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:33:49 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15158135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:35 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:56 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15189222 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15158137 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15184727 | | Email/Text: BNCnotices@dcmservices.com | | |

|  |  |  | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| --- | --- | --- | --- | --- |
| 16464090 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 15241295 |  | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | USDOE/GLELSI, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 15158140 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Carrington Mortgage Services LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15185599 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David A. Rice | on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com |

TOTAL: 5