# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BRANDY NICOLE BARTLETT<br><br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>BRANDY NICOLE BARTLETT<br><br>        Respondents | Case No. 19-24461JCM<br><br>Chapter 13<br><br>Document No.  65 |

## ORDER TO STOP PAYROLL DEDUCTIONS

　　　AND NOW, this ___27th___ day of November, 20 24, it is hereby ORDERED, ADJUDGED, and DECREED that,

Social Security Administration<br>
Attn: Payroll Manager<br>
95 W. Beau St<br>
Washington, PA 15301

is hereby ordered to immediately terminate the attachment of the wages of BRANDY NICOLE BARTLETT, social security number XXX-XX-4694. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRANDY NICOLE BARTLETT.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_/s/ jlm_____
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
11/27/24 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24461-JCM |
| Brandy Nicole Bartlett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com |

TOTAL: 5