| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brandy Nicole Bartlett<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4694<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–24461–JCM | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Brandy Nicole Bartlett
  fka Brandy Nicole Spence

1/13/25                                    **By the court:** John C Melaragno
                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-24461-JCM
Brandy Nicole Bartlett | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 13, 2025     Form ID: 3180W     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |
| 15158120 | + | CBCS / Childrens Hosp UPMC, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158121 | + | CBCS / Mon Valley Hosp., P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158122 | | Childrens Community Pediatrics, 112729 Perry Hwy., Wexford, PA 15090 |
| 15158127 | + | Dr. Jonathan Krizner, 600 Cherry Tree Lane, Uniontown, PA 15401-8947 |
| 15158128 | + | Fayette Federal Employees Credit Union, 364 Morgantown Street, Uniontown, PA 15401-4841 |
| 15158129 | + | Imaging Assoc. Greater PGH, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 15158130 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15158132 | + | Portfolio Recovery / Synchrony / Care Cr, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502-4952 |
| 15158138 | + | TD Bank, c/o Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| 15158139 | + | The Bureaus Inc / Cao One Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | Jan 14 2025 04:57:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Jan 14 2025 04:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Jan 14 2025 04:57:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15158115 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15187283 | | EDI: Q3GTBI | Jan 14 2025 04:57:00 | Bureaus Investment Group Portfolio No 15 LLC, |

Case 19-24461-JCM    Doc 77    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15158118 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2025 00:09:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 15188635 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2025 00:09:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15158119 | ^ | MEBN | Jan 14 2025 00:09:45 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158116 | + | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158117 | ^ | MEBN | Jan 14 2025 00:09:25 | Capital One Bank, c/o Hayt Hayt & Landau, 2 Industrial way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15162853 | | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158123 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15158124 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 00:20:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158126 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15176447 | | EDI: DIRECTV.COM | Jan 14 2025 04:57:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15158125 | + | Email/Text: pitbk@weltman.com | Jan 14 2025 00:10:00 | Discover Bank, co Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15161760 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223554 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15185527 | | EDI: JEFFERSONCAP.COM | Jan 14 2025 04:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15656946 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:32:32 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15180493 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:20:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184397 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15165040 | | EDI: AGFINANCE.COM | Jan 14 2025 04:57:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15158131 | + | EDI: AGFINANCE.COM | Jan 14 2025 04:57:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15172714 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15175000 | | EDI: PRA.COM | Jan 14 2025 04:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158134 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158133 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15158747 | + | EDI: AISACG.COM | | |

Case 19-24461-JCM   Doc 77   Filed 01/15/25   Entered 01/16/25 00:41:24   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | | Bypass Reason / Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 14 2025 04:57:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15158135 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158136 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15189222 | + | Email/Text: bncmail@w-legal.com | Jan 14 2025 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15158137 | + | EDI: WTRRNBANK.COM | Jan 14 2025 04:57:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15184727 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16464090 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 15241295 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | USDOE/GLELSI, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 15158140 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15185599 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Carrington Mortgage Services LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| David A. Rice | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 51

    on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net lowdenscott@gmail.com

Denise Carlon
    on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com

TOTAL: 6