# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRANDY NICOLE BARTLETT

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.: 19-24461

Chapter 13

Document No.: 61

## ORDER OF COURT

AND NOW, this __13th__ day of __January__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
1/13/25 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24461-JCM

Brandy Nicole Bartlett  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3

Date Rcvd: Jan 13, 2025      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Nicole Bartlett, 420 Pearl Street, Brownsville, PA 15417-2139 |
| 15158120 | + | CBCS / Childrens Hosp UPMC, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158121 | + | CBCS / Mon Valley Hosp., P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158122 |   | Childrens Community Pediatrics, 112729 Perry Hwy., Wexford, PA 15090 |
| 15158127 | + | Dr. Jonathan Krizner, 600 Cherry Tree Lane, Uniontown, PA 15401-8947 |
| 15158128 | + | Fayette Federal Employees Credit Union, 364 Morgantown Street, Uniontown, PA 15401-4841 |
| 15158129 | + | Imaging Assoc. Greater PGH, P.O. Box 90218, Pittsburgh, PA 15224-0718 |
| 15158130 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15158132 | + | Portfolio Recovery / Synchrony / Care Cr, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502-4952 |
| 15158138 | + | TD Bank, c/o Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| 15158139 | + | The Bureaus Inc / Cao One Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Jan 14 2025 00:10:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:43:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:43:13 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15158115 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15187283 | | Email/Text: bnc-thebureaus@quantum3group.com | Jan 14 2025 00:10:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15158118 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2025 00:09:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92806 |
| 15188635 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2025 00:09:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15158119 | ^ | MEBN | Jan 14 2025 00:09:46 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15158116 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:22:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15158117 | ^ | MEBN | Jan 14 2025 00:09:23 | Capital One Bank, c/o Hayt Hayt & Landau, 2 Industrial way West, P.O. Box 500, Eatontown, NJ |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15162853 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:20:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 07724-0500 |
| 15158123 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15158124 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 00:32:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15158126 | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15176447 | Email/Text: G06041@att.com | Jan 14 2025 00:11:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15158125 | + Email/Text: pitbk@weltman.com | Jan 14 2025 00:10:00 | Discover Bank, co Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15161760 | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223554 | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15185527 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15656946 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:32:32 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15180493 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184397 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2025 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15165040 | Email/PDF: cbp@omf.com | Jan 14 2025 00:21:49 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15158131 | + Email/PDF: cbp@omf.com | Jan 14 2025 00:32:32 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15172714 | + Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | PHEAA FRN, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15175000 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158134 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:29 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158133 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:30 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15158747 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:21:05 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15158135 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15158136 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:20:32 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15189222 | + Email/Text: bncmail@w-legal.com | Jan 14 2025 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15158137 | + Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15184727 | Email/Text: BNCnotices@dcmservices.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| | | | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
|---|---|---|---|---|
| 16464090 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 15241295 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | USDOE/GLELSI, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 15158140 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15185599 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Carrington Mortgage Services LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| David A. Rice | on behalf of Debtor Brandy Nicole Bartlett ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgage Services LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brandy Nicole Bartlett lowdenscott@gmail.com |

TOTAL: 6