**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRANDY NICOLE BARTLETT | Case No.:19-24461 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2019 and confirmed on 12/20/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 108,540.00 |
| Less Refunds to Debtor | 4,050.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,490.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,135.21 | |
|    Trustee Fee | 5,341.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,477.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 7277 | 0.00 | 53,227.54 | 0.00 | 53,227.54 |
|   CARRINGTON MORTGAGE SERVICES LLC<br>    Acct: 7277 | 849.41 | 849.41 | 0.00 | 849.41 |
|   FAYETTE FEDERAL EMPLOYEES FCU<br>    Acct: 28L3 | 22,411.44 | 22,411.44 | 2,732.68 | 25,144.12 |
| | | | | 79,221.07 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRANDY NICOLE BARTLETT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRANDY NICOLE BARTLETT<br>    Acct: | 1,620.00 | 1,620.00 | 0.00 | 0.00 |
|   BRANDY NICOLE BARTLETT<br>    Acct: | 1,620.00 | 1,620.00 | 0.00 | 0.00 |
|   BRANDY NICOLE BARTLETT<br>    Acct: | 810.00 | 810.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,135.21 | 2,135.21 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-23 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 21,545.66 | 3,589.06 | 0.00 | 3,589.06 |
|     Acct: 4694 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,660.28 | 609.72 | 0.00 | 609.72 |
|     Acct: 4707 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 372.44 | 62.04 | 0.00 | 62.04 |
|     Acct: 4694 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3058 | | | | |
|   CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9387 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8190 | | | | |
|   LVNV FUNDING LLC | 539.16 | 89.81 | 0.00 | 89.81 |
|     Acct: 9221 | | | | |
|   DISCOVER BANK(*) | 1,930.86 | 321.64 | 0.00 | 321.64 |
|     Acct: 3246 | | | | |
|   DR JONATHAN KRIZNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FAYETTE FEDERAL EMPLOYEES FCU | 9,496.34 | 1,581.89 | 0.00 | 1,581.89 |
|     Acct: 28L1 | | | | |
|   IMAGING ASSOC OF GREATER PGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9979 | | | | |
|   MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9987 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC - A/S/F | 6,422.96 | 1,069.93 | 0.00 | 1,069.93 |
|     Acct: 0082 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 3,451.69 | 574.98 | 0.00 | 574.98 |
|     Acct: 0497 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 4,142.84 | 690.11 | 0.00 | 690.11 |
|     Acct: 9908 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 4,983.35 | 830.12 | 0.00 | 830.12 |
|     Acct: 8730 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 1,659.46 | 276.43 | 0.00 | 276.43 |
|     Acct: 9546 | | | | |
|   LVNV FUNDING LLC | 2,843.38 | 473.64 | 0.00 | 473.64 |
|     Acct: 5913 | | | | |
|   TD BANK USA NA** | 2,910.51 | 484.83 | 0.00 | 484.83 |
|     Acct: 2407 | | | | |
|   BUREAUS INVESTMENT GROUP PORTFO | 420.52 | 70.05 | 0.00 | 70.05 |
|     Acct: 3856 | | | | |
|   US DEPARTMENT OF EDUCATION | 23,010.00 | 3,832.98 | 0.00 | 3,832.98 |
|     Acct: 8581 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 547.27 | 91.17 | 0.00 | 91.17 |
|     Acct: 4541 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 860.61 | 143.36 | 0.00 | 143.36 |
|     Acct: 3543 | | | | |

| 19-24461 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9546 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RANDALL S MILLER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,791.76 |

| TOTAL PAID TO CREDITORS | 94,012.83 |
|---|---|

TOTAL CLAIMED
PRIORITY            0.00
SECURED         23,260.85
UNSECURED       88.797.33

Date: 03/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com